IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00970-PAB

Vicki Mize,

    Plaintiff,

v.

Subway 3137, Inc.,

    Defendant.

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Vicki Mize, an individual on her own behalf, hereby voluntarily dismisses this action with prejudice.

    / / /

Respectfully submitted this 12th day of September 2017.

s/ Lori J. Coulter
**Lori J. Coulter**
The Law Office of Lori J. Coulter, LLC
1271 Riverview Drive
Loveland, CO 80537
720-961-2804
Email: lori@adaequality.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants and emailed the same to:

Richard M. Chanzit
2121 S. Oneida #636
Denver, CO 80224
richard@chanzitlaw.com
*Attorney for Defendant – Tenant Franchisees*

Amanda H. Halstead
Real Estate Law, Business Law &
Commercial Litigation Practice Groups
600 Seventeenth St., Ste 2800
Denver Colorado 80202
*Attorney for Defendant- Landlord of E. Smoky Hill Rd*

*by:sr*

2